**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES  DISTRICT COURT

Northern District of California

| | |
|---|---|
| HICA EDUCATION LOAN CORP., | No. C 11-5135 CW (MEJ) |
| Plaintiff, | **REQUEST FOR INFORMATION RE MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| KATHERINE C. ESLAO, | **Docket No. 8** |
| Defendant. | |
| _____/ | |

On January 10, 2012, the Clerk of Court issued a Notice of Referral in this case regarding Plaintiff's pending Motion for Default Judgment.  Dkt. No. 14.  In the notice, the Clerk directed Plaintiff to file detailed proposed findings of fact and conclusions of law.  Plaintiff's proposed findings fail to comply with this notice.  Accordingly, the Court hereby ORDERS Plaintiff to file the following information:

    1)    The specific basis for the Court's subject matter jurisdiction;

    2)    The specific basis for the Court's personal jurisdiction;

    3)    an analysis of each individual factor in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

Plaintiff's filing shall include appropriate legal authority for each of the three items listed above, including citations to cases addressing the issues raised in Plaintiff's complaint and motion. Plaintiff shall file this information by March 6, 2012.

Dated: March 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge