IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HICA EDUCATION LOAN CORP.,

    Plaintiff,

  v.

KATHERINE C. ESLAO,

    Defendant.
_____/

No. C 11-5135 CW

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

    The Court has reviewed Magistrate Judge James' Report and Recommendation Re Plaintiff's Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

    IT IS HEREBY ORDERED that the Plaintiff's Motion for Default Judgment is GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 4/23/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef; MEJ