IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHERINE C. ESLAO,<br><br>    Defendant.<br>_____/ | No. C 11-5135 CW<br><br>ORDER DEEMING THE UNITED STATES OF AMERICA AS THE ASSIGNEE OF RECORD |

On April 23, 2012, the Court granted Plaintiff HICA Education Loan Corporation's motion for default judgment against Defendant Katherine C. Eslao. Docket No. 19. On the same day, the Clerk entered judgment against Defendant. Docket No. 20.

On December 13, 2012, Plaintiff filed a notarized copy of its assignment of the judgment to the United States of America. Docket No. 21.

Having reviewed the documents filed by Plaintiff, the Court deems the United States of America to be the assignee of record of the judgment awarded to Plaintiff in this case on April 23, 2012. The Clerk shall add the United States of America as a party to this case as follows:

    U.S. Department of Health and Human Services
    Health Resources and Services Administration
    Debt Management Branch
    Parklawn Building, Room 2-B-60
    5600 Fishers Lane
    Rockville, MD 20857

    IT IS SO ORDERED.

Dated: 1/3/2013

CLAUDIA WILKEN
United States District Judge